THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, v. ATHANASIOS MPASSTAS, Also Known as THOMAS BASTES, HELEN MPASSTAS, GREGORY GEKAS, HIONEA GEKAS and THEOTHORA GEKAS, Respondents.— Appeal from an order of the Special Term denying plaintiff's application for the issuance of a subpœna *duces tecum* directing the board of health and the health officer of the village of Saranac Lake to produce upon the trial of the action certain records showing the medical attendance and other matters in the case of the defendant, Athanasios Mpasstas. The motion was denied upon the ground that such records would not be competent evidence upon the trial. The admissibility of the records may be determined when offered. Order reversed, on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

THE PRESS COMPANY, INC., Respondent, v. J. J. LITTLE & IVES Co., Appellant. — Defendant has appealed from an order of the Albany Special Term of the Supreme Court, denying its motion to dismiss the complaint for failure to state facts sufficient to constitute a cause of action. The action is to recover a credit for the return of certain books which plaintiff had purchased from defendant upon a consignment basis. The complaint alleged an offer and acceptance. The defendant delivered the books. The plaintiff paid therefor and later offered to return those which had been unsold and which defendant refused to accept. The complaint states a good cause of action. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

RUTH E. LEDGER, Respondent, v. ISADOR R. FEINBERG, Also Known as ISADORE FEINBERG, Appellant, and Others, Defendants.— Appeal by defendant from an order appointing receivers of real property located in Franklin county upon which a mortgage was being foreclosed. The venue of the action was laid in that county. Defendant's attorney appeared specially upon the return day of the notice of motion and raised the single question that such an order might not be made at the Essex County Special Term, as the foreclosure action was triable in Franklin county, located in the same judicial district. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.